NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUNE FITZPATRICK,                                )
                                                 )
      Appellant,                             )
                                                 )
v.                                               )
                                                 )     Case No.  2D16-4556
ESTATE OF THOMAS L. FITZPATRICK,                 )
                                                 )
      Appellee.                              )
_____          )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Pinellas
County; Mark I. Shames, Judge.

Jeffrey Eisel of Baskin Fleece, Clearwater;
and Philip M. Burlington of Burlington &
Rockenbach, P.A., West Palm Beach, for
Appellant.

Douglas M. Williamson and Benjamin F.
Diamond of Williamson, Diamond & Caton,
St. Petersburg, for Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.